MARCH 6, 1990

No. A–606 (89–6785). HEISHMAN v. CALIFORNIA. Sup. Ct. Cal. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the peti-

tion for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.